NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PATRICK LOVE,                                    )
                                                 )
      Appellant,                          )
                                                 )
v.                                               )       Case No.  2D17-3715
                                                 )
STATE OF FLORIDA,                                )
                                                 )
      Appellee.                           )
_____)

Opinion filed February 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; J. Kevin Abdoney, Judge.

Patrick Love, pro se.


PER CURIAM.

      Affirmed.



SILBERMAN, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.